NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| CHAUNCEY JAMES GARDNER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-4555 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Jalal A. Harb,
Judge.

Chauncey James Gardner, pro se.


PER CURIAM.

        Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Robinson v.

State, 793 So. 2d 891 (Fla. 2001); Lopez v. State, 135 So. 3d 539 (Fla. 2d DCA 2014);

Calloway v. State, 914 So. 2d 12 (Fla. 2d DCA 2005); State v. Wilson, 203 So. 3d 192

(Fla. 4th DCA 2016); Williams v. State, 143 So. 3d 423 (Fla. 1st DCA 2014).


KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.